STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
CHAMPAIGN COUNTY, ILLINOIS

3-16-18
1000 475
1343

| | |
|---|---|
| KASSANDRA HENZE, and KALEB SHIELDS, ) ) ) | 2018L 000037 |
| Plaintiffs, ) | |
| vs. ) ) | No. 2018-L-_____ |
| MOHAVE TRANSPORTATION INSURANCE CO., an Arizona Corporation, and TAMIRAT ERICHAFO, ) ) ) ) ) | Jury Demand |
| Defendants. ) | |

**SUMMONS**

To each Defendant:   National Registered Agents Inc., 3800 N Central Ave, Ste. 460, Phoenix, AZ 85012

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the Office of the Clerk of this Court within thirty (30) days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the Officer:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than thirty (30) days after its date.

WITNESS  3/2/2018

(Seal of this Court)   _____ JH
(Clerk of the Circuit Court)

_____
(Deputy)

Miranda L. Soucie, No. 6304049
msoucie@spiroslaw.com
Spiros Law, P.C.
2807 N. Vermilion, Suite 3, Danville, IL 61832
Telephone: 217.443.4343

EXHIBIT B